Bud Johnson was convicted of vagrancy, and he appeals. Affirmed.

W. C. Wofford, of Taylor, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the county court of Williamson county of vagrancy, and his punishment fixed at a fine of $25.

[1] The trial term of the court below ended on January 28, 1922. Appellant was granted 30 days after adjournment of court in which to file statement of facts. He was thereafter granted two similar extensions. The end of the last extension would have been in April. The statement of facts herein was filed in July. Our Assistant Attorney General moves to strike out said statement of facts because filed too late. The record sustains said motion, and the statement of facts is accordingly stricken therefrom.

[2] There are no bills of exception herein, and the complaint, information, and charge of the court seem to be in accordance with law. Appellant's motion for new trial is based upon the insufficiency of the testimony. There being no facts before us, no error appears, and we are unable to appraise the complaint made.

The judgment will be affirmed.

---

### SEBASTIAN v. STATE.   (No. 7308.)

(Court of Criminal Appeals of Texas.  Jan. 10, 1923.)

Criminal law ⬤⟶1097(5)—Exceptions to charge will not be considered, in absence of statement of facts.

Where no statement of facts accompanies the record in a criminal appeal, the court will not consider the exceptions to the charge.

Appeal from Motley County Court; C. L. Glenn, Judge.

Stanley Sebastian was convicted for unlawfully carrying a pistol, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for unlawfully carrying a pistol; punishment fixed at a fine of $100.

No statement of facts accompanies the record. Having no means of knowing the facts, this court is not in a position to appraise the merits of the exceptions to the court's charge. The judgment is regular. No error is pointed out or discovered.

The judgment is therefore affirmed.